IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00104-REB-MJW

HAYDON HARBOUR, by and through his father and next friend,
Benjamin Harbour, and
BENJAMIN HARBOUR, individually,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 18) is GRANTED finding good cause shown.  The written Protective Order (docket no. 18-1) is APPROVED and made an Order of Court.

Date: April 15, 2014