# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00104-REB-MJW

H.H., by and through his father and next friend, Benjamin Harbour, and
BENJAMIN HARBOUR, individually,
    Plaintiffs,
v.

THE UNITED STATES OF AMERICA,
    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation for Dismissal** [#32][1] filed April 29, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal** is approved;

2. That the combined Final Pretrial Conference/Trial Preparation Conference set May 29, 2015, is vacated;

3. That the bench trial set to commence June 1, 2015, is vacated;

4. That the motion for leave to file out-of time motion [#25] is denied as moot; and

5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated  April 30, 2015, at Denver, Colorado.

                **BY THE COURT:**

                Robert E. Blackburn
                United States District Judge

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.